THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL PECK, Appellant, *v.* JOHN R. VOORHIS et al., Constituting the Board of Elections of the City of New York, Respondents.

*People ex rel. Peck* v. *Voorhis*, 182 App. Div. ——, affirmed.

(Argued February 12, 1918; decided February 15, 1918.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 9, 1918, which affirmed an order of Special Term denying a motion for an order restraining the defendants from conducting an election in the eighth congressional district as fixed by chapter 797 of the Laws of 1917, to fill the vacancy caused by the resignation of Daniel J. Griffin, and for a peremptory writ of mandamus directing them to hold such election in the eighth congressional district as fixed by chapter 890 of the Laws of 1911, that being the territory in which the said Griffin was elected. The petition alleged that relator will be disfranchised and unable to vote for a representative in Congress at the special election on March fifth next if the course announced by the defendants is permitted to be followed and will not be represented in Congress at all because by the new division of the county by the act of 1917 his residence is outside of the new district; that large numbers of other electors are similarly situated while the residents of the new territory annexed to these respective districts will be represented in Congress by two representatives, one chosen at the general election in 1916, and the other to be chosen at the special election in March next.

*James D. Bell* for appellant.

*William P. Burr, Corporation Counsel (William B. Carswell* of counsel), for respondents.

Order affirmed, on authority of *People ex rel. Fitzgerald* v. *Voorhis* (222 N. Y. 494).

Concur: HISCOCK, Ch. J., CHASE, POUND, MCLAUGHLIN and ANDREWS, JJ. Dissenting: HOGAN and CRANE, JJ.